IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| LYNDSI KUMASHIRO,<br><br>Plaintiff,<br><br>vs.<br><br>SEARS, ROEBUCK AND CO. dba SEARS STORES WINDWARD MALL #1738,<br><br>Defendant. | CIVIL NO. 18-00189 MWJS-RT<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION, AS MODIFIED |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**FINDINGS AND RECOMMENDATION, AS MODIFIED**

Findings and recommendation having been filed and served on all parties on February 12, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the findings and recommendation, ECF No. 35, are adopted as the opinion and order of this Court with the following modification: The case is DISMISSED without prejudice, and the Clerk of Court is instructed to CLOSE the case.

IT IS SO ORDERED.

DATED:   Honolulu, Hawaiʻi, February 27, 2024.



/s/ Micah W.J. Smith
_____
Micah W.J. Smith
United States District Judge